IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. DNCW5:03CR27-1 |
| | ) | (Financial Litigation Unit) |
| DAVID WARD MOORE, | ) | |
|     Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BLUE RIDGE PANELS, INC., | ) | |
|     Garnishee. | ) | |

## ORDER OF CONTINUING WRIT OF GARNISHMENT

**THIS MATTER** is before the Court on the answer of the Blue Ridge Panels, Inc., as Garnishee. On October 20, 2003, the Honorable Judge Richard L. Voorhees sentenced the defendant to 24 months of incarceration for his conviction of three counts of False statements and Entries to EPA in violation of 18 U.S.C. §1001 . Judgment in the criminal case was filed on November 17, 2003, (Docket No. 9). As part of that Judgment, the defendant was ordered to pay an assessment of $200.00 and restitution of $107,741.05 to the victims of the crime. *Id*.

On December 22, 2010, the Court entered a Writ of Continuing Garnishment ("Writ") to Garnishee, the Blue Ridge Panels, Inc. ("Garnishee") (Docket No. 21). The United States is entitled to a wage garnishment of up to 25% of net income and has satisfied the prerequisites set forth in 15 U.S.C. §1673. Defendant was served with the writ of garnishment on December 24, 2010, and Garnishee was served on December 27, 2010. Garnishee filed an Answer on January 12, 2011, (Docket No. 22), stating that at the time of the service of the Writ, Garnishee had in their custody, control or possession property or funds owned by the debtor, including non-exempt, disposable earnings.

IT IS THEREFORE ORDERED that an Order of Continuing Writ of Garnishment is hereby ENTERED in the amount of $90,004.08, computed through October 15, 2010. Garnishee will pay the United States up to 25% of Defendant's net earnings which remain after all deductions required by law have been withheld, and 100% of all 1099 payments, and Garnishee will continue said payments until the debt to the plaintiff is paid in full or until Garnishee no longer has custody, possession or control of any property belonging to Defendant or until further Order of this court.

Payments should be made payable to the United States Clerk of Court and mailed to the Clerk of the United States District Court, 401 West Trade Street, Charlotte, NC 28202. In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW5:03CR27-1.

The plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the defendant would normally receive may be offset and applied to this debt.

Signed: January 4, 2012

David C. Keesler
United States Magistrate Judge